|   |   |
|---|---|
| | THE HONORABLE MARSHA J. PECHMAN |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TAMI GALLUPE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.; MONSANTO COMPANY DISABILITY PLAN; MONSANTO COMPANY EMPLOYEE WELFARE BENEFIT PLAN; and MONSANTO COMPANY EMPLOYEE BENEFITS PLANS COMMITTEE,<br><br>　　　　Defendants. | Case No. 2:17-cv-001775<br><br>STIPULATION AND ORDER EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT |

　　　　Plaintiff Tami Gallupe and Defendants Sedgwick Claims Management Services, Inc., Monsanto Company Disability Employee Welfare Benefit Plan, and Monsanto Company Employee Benefits Plans Committee hereby stipulate to, and request an Order approving, an extension of Defendants' deadline to respond to Plaintiff's Complaint until February 28, 2018.

　　　　Defendants' local counsel was retained and appeared in the case on January 26, 2018. Because Defendants agreed to waive formal service of the Complaint, their deadline to respond to the Complaint was originally January 29, 2018. The parties have agreed that good cause exists to postpone Defendants' deadline to respond to Plaintiff's Complaint until February 28, 2018. The parties file this Stipulation to memorialize that agreement and request the Court's

STIPULATION AND ORDER EXTENDING
DEFENDANTS' DEADLINE TO RESPOND TO
PLAINTIFF'S COMPLAINT

1 | approval of the same.
2 | Dated this 29th day of January, 2018.
3 | SCHWABE, WILLIAMSON & WYATT, P.C.

By: */s/ Farron Curry*
Farron Curry, WSBA #40559
Email: fcurry@schwabe.com
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
*Attorneys for Defendants*

LAW OFFICE OF MEL CRAWFORD

By: */s/ Mel Crawford*
Mel Crawford, WSBA #22930
melcrawford@melcrawfordlaw.com
9425 35th Avenue NE, Suite C
Seattle, Washington 98115
*Attorney for Plaintiff Tami Gallupe*

It is so ordered.

Marsha J. Pechman
United States District Judge

STIPULATION AND ORDER EXTENDING
DEFENDANTS' DEADLINE TO RESPOND TO
PLAINTIFF'S COMPLAINT