|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE | |
| TAMI GALLUPE,<br><br>                  Plaintiff,<br><br>     v.<br><br>SEDGWICK CLAIMS MANAGEMENT SERVICES INC., MONSANTO COMPANY DISABILITY PLAN; MONSANTO COMPANY EMPLOYEE WELFARE BENEFIT PLAN; and MONSANTO COMPANY EMPLOYEE BENEFITS PLANS COMMITTEE,<br><br>                  Defendants. | CASE NO. C17-1775-MJP<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE THE "ADMINISTRATIVE RECORD" UNDER SEAL |

THIS MATTER comes before the Court on Plaintiff's Motion for Leave to File the "Administrative Record" Under Seal. (Dkt. No. 30.) Having reviewed the Motion, the Response (Dkt. No. 33), the Reply (Dkt. No. 35) and all related papers, the Court DENIES the Motion. The parties appear to agree that the present "Administrative Record" is incomplete. (See Dkt. No. 30 at 3; Dkt. No. 33 at 1-2; Dkt. No. 35 at 1.) Therefore, the Court finds that the Motion is

ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE THE "ADMINISTRATIVE RECORD" UNDER SEAL - 1

premature. The parties are directed to file a stipulated Motion to Seal once the Administrative Record is complete.

The clerk is ordered to provide copies of this order to all counsel.

Dated April 23, 2018.

Marsha J. Pechman
United States District Judge