UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAMI GALLUPE,<br><br>               Plaintiff,<br><br>    v.<br><br>SEDGWICK CLAIMS MANAGEMENT SERVICES INC., MONSANTO COMPANY DISABILITY PLAN; MONSANTO COMPANY EMPLOYEE WELFARE BENEFIT PLAN; and MONSANTO COMPANY EMPLOYEE BENEFITS PLANS COMMITTEE,<br><br>               Defendants. | CASE NO. C17-1775-MJP<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR RELIEF FROM DEADLINE |

THIS MATTER comes before the Court on Defendants' Motion for Relief from Deadline. (Dkt. No. 38.) Having reviewed the Motion and all related papers, the Court GRANTS the Motion. Plaintiff's Motion for Judgment Under Federal Rule of Civil Procedure 52 (Dkt. No. 32) is premature. It appears that discovery has only recently begun and it is undisputed that the Administrative Record is not yet complete. (See Dkt. No. 22; see also Dkt.

Nos. 30, 33, 35.) Therefore, Defendants need not respond to Plaintiff's Motion for Judgment Under Rule 52, which is hereby STRICKEN. The parties are directed to defer filing of any dispositive motions until discovery is completed and the Administrative Record is properly before the Court.

The clerk is ordered to provide copies of this order to all counsel.

Dated April 23, 2018.

*[signature]*
Marsha J. Pechman
United States District Judge