HON. MARSHA PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TAMI GALLUPE,<br><br>Plaintiff<br><br>v.<br><br>SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.; MONSANTO COMPANY DISABILITY PLAN; MONSANTO COMPANY EMPLOYEE WELFARE BENEFIT PLAN; and MONSANTO COMPANY EMPLOYEE BENEFITS PLANS COMMITTEE,<br><br>Defendants. | No. 2:17-cv-001775-MJP<br><br>STIPULATION AND ORDER DISMISSING DEFENDANT MONSANTO COMPANY EMPLOYEE BENEFITS PLANS COMMITTEE |

**STIPULATION**

Pursuant to FRCP 41(a), Plaintiff and Defendants, through their respective counsel, stipulate to the dismissal of all claims against Defendant Monsanto Company Employee Benefits Plans Committee with prejudice.

STIPULATION AND ORDER DISMISSING MONSANTO
CO. EMP. BENEFITS PLANS COMM. - 1
No. 2:17-cv-001775

It is so stipulated this 8th day of June 2018.

LAW OFFICE OF MEL CRAWFORD

By <u>*/s/Mel Crawford*</u>
   Mel Crawford, WSBA # 22930
   melcrawford@melcrawfordlaw.com
Attorney for Plaintiff


SCHWABE WILLIAMSON & WYATT

By <u> */s/ Farron Curry*</u>
   Farron Curry
   FCurry@Schwabe.com
Attorneys for Defendants


ARENT FOX LLP

By <u> */s/ Caroline Turner English*</u>
   Caroline Turner English
   caroline.english@arentfox.com
   Alison Lima Andersen
   alison.andersen@arentfox.com
   Brandi G. Howard
   brandi.howard@arentfox.com
*Pro hac vice* Attorneys for Defendants

# ORDER

Based on the parties' stipulation, the Court Orders that all claims against Monsanto Company Employee Benefits Plans Committee be, and hereby are, dismissed with prejudice.

Dated this 8th day of June, 2018.

_____
Marsha J. Pechman
United States District Judge