UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAMI GALLUPE, | CASE NO. C17-1775-MJP |
| Plaintiff, | ORDER GRANTING MOTION FOR PROTECTIVE ORDER |
| v. | |
| SEDGWICK CLAIMS MANAGEMENT SERVICES INC.; MONSANTO COMPANY DISABILITY PLAN; and MONSANTO COMPANY EMPLOYEE WELFARE BENEFIT PLAN, | |
| Defendants. | |

THIS MATTER comes before the Court on Plaintiff's Motion for a Protective Order. (Dkt. No. 52.) Having reviewed the Motion, the Response (Dkt. No. 54), the Reply (Dkt. No. 56) and all related papers, the Court GRANTS the Motion.

This case involves a claim for short-term disability benefits under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001 et seq. In ruling on such

a claim, the Court generally considers only the evidence that was before the plan administrator when it denied benefits, regardless of whether the reviewing court applies an abuse of discretion or a de novo standard. See, e.g., Alford v. DCH Found. Grp. Long-Term Disability Plan, 311 F.3d 955, 959 (9th Cir. 2002) (citation omitted); Opeta v. Northwest Airlines Pension Plan for Contract Employees, 484 F.3d 1211, 1217 (9th Cir. 2007). Here, the Court finds no reason to look beyond the administrative record. Defendants' claim that they need to conduct discovery to determine "the completeness of the administrative record" and "whether there were any procedural irregularities" is unavailing, as Defendants alone have possession of this information.

The clerk is ordered to provide copies of this order to all counsel.

Dated July 20, 2018.

The Honorable Marsha J. Pechman
United States District Judge