HON. MARSHA PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAMI GALLUPE,<br><br>    Plaintiff<br><br>    v.<br><br>SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.; ET AL.,<br><br>    Defendants. | CASE NO. 2:17-cv-001775-MJP<br><br>ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE ADMINISTRATIVE RECORD UNDER SEAL |

## I. Relief Requested

Pursuant to Federal Rule of Civil Procedure 5.2(d), Local Civil Rule 5(g), and this Court's Order (Dkt. No. 41) stating that the "parties are directed to file a stipulated Motion to Seal once the Administrative Record is complete," the parties respectfully move the Court to Order that the Administrative Record in this matter be filed under seal.

## II. Relevant Facts and Legal Authority

This action arises under the Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. § 1001 *et seq*. Plaintiff seeks a declaration of her right to disability benefits. The

ORDER GRANTING STIPULATED MOT. FOR LEAVE
TO FILE ADMIN. RECORD UNDER SEAL - 1
No. 2:17-cv-001775

Administrative Record consists primarily of medical records and other documents addressing Plaintiff's medical conditions.

Although Local Civil Rule 5(g) establishes a "strong presumption in favor of public access to the Court's files" and although the Ninth Circuit recognizes a "strong presumption of public access to documents attached to dispositive motions," this Court has held that the "need to protect medical privacy qualifies in general as a 'compelling reason'" to allow records to be filed under seal. *Karpenski v. Am. Gen. Life Companies, LLC*, No. 2:12-CV-01569RSM, 2013 WL 5588312, at *1 (W.D. Wash. Oct. 9, 2013), (quoting Local Civil Rule 5(g) and *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006)). *See also Macon v. United Parcel Serv., Inc.*, 2013 WL 951013, at *5 (W.D. Wash. Mar. 12, 2013) (granting unopposed motion to seal medical records given the "private nature of the documents at issue").

Should the Court grant this Motion the parties will not redact personal identifiers from the Record unless the Court orders otherwise.

### III. Conclusion

The parties stipulate that there are compelling reasons to allow the administrative record to be filed under seal, and respectfully move the Court to so order.

IT IS SO STIPULATED THIS 27th day of September 2018.

LAW OFFICE OF MEL CRAWFORD


By */s/Mel Crawford*
   Mel Crawford, WSBA # 22930
   melcrawford@melcrawfordlaw.com
   Attorney for Plaintiff

ARENT FOX LLP

By */s/Alison L. Andersen*
Caroline Turner English (pro hac vice)
Alison L. Andersen (pro hac vice)
Brandi G. Howard (pro hac vice)
Email: caroline.english@arentfox.com
alison.andersen@arentfox.com
brandi.howard@arentfox.com
1717 K Street, NW
Washington, DC 20006-5344


SCHWABE WILLIAMSON & WYATT

By */s/Farron Curry*
    Farron Curry
    FCurry@Schwabe.com
Attorneys for Defendants

ORDER GRANTING STIPULATED MOT. FOR LEAVE
TO FILE ADMIN. RECORD UNDER SEAL - 3
No.  2:17-cv-001775

**ORDER**

IT IS SO ORDERED. The Court GRANTS the parties' stipulated motion and ORDERS that the administrative record in this action be filed and maintained under seal.

DATED this 27th day of September, 2018.

Marsha J. Pechman
United States District Judge